FRANK W. KELLS and GROWERS' LOAN & GUARANTY CO. v. W. M. DAVIDSON.

153 So. 606.
Opinion Filed March 20, 1934.
Petition for Rehearing Denied April 10, 1934.

*Wilson & Boswell,* for Appellants;

*H. M. Hampton,* for Appellee.

PER CURIAM.—This appeal is from a portion of an order or decree excluding averments of usury as a defense in a foreclosure proceeding. It appears to this Court that in order to properly adjudicate all of the alleged equities, testimony should be taken as to the asserted usury as well as to other matters of defense; therefore, the decree or order appealed from is reversed for appropriate proceedings.

It is so ordered.

DAVIS, C. J., and WHITFIELD, TERRELL, BROWN and BUFORD, J. J., concur.